1 | PILLSBURY WINTHROP SHAW PITTMAN LLP
2 | PATRICK HAMMON (255047)
  | patrick.hammon@pillsburylaw.com
3 | 2550 Hanover Street
4 | Palo Alto, CA 94304-1115
  | Telephone:  650.233.4500
5 | Facsimile:  650.233.4545

6
7 | Attorney for Defendant,
  | ROBLOX CORPORATION

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KELLEY HEYER, an individual, | Case No. 2:25-cv-03236-MWC-AJR |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS** |
| vs. | |
| ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox | |
| Defendant. | Current Date:     July 11, 2025 |
| | Continued Date:  September 12, 2025 |
| | Time:             1:30 pm |
| | Location:         Courtroom 6A, 6th Floor |
| | Judge:            Hon. Michelle Williams Court |

Pursuant to Local Rule 7-11, IT IS HEREBY STIPULATED by and between Plaintiff KELLEY HEYER ("Heyer"), and Defendant ROBLOX CORPORATION ("Roblox") (collectively the "Parties"), by and through their respective attorneys of record as follows:

1. The purpose of this Stipulation is to continue the hearing date set for Roblox's Motion to Dismiss from July 11, 2025 to September 12, 2025.

2. WHEREAS, Roblox filed a Motion to Dismiss ("Roblox's Motion") on May 22, 2025 and Noticed the Hearing for July 11, 2025. (Dkt. No. 21);

3. WHEREAS, Heyer was set to submit her Opposition to Roblox's Motion on June 20, 2025 and Roblox was set to submit its Reply on June 27, 2025;

4. WHEREAS, Heyer will now submit her Opposition to Roblox's Motion on August 22, 2025 and Roblox will submit its Reply on August 29, 2025;

5. WHEREAS, good cause exists for continuing the scheduled hearing as the parties are engaged in active settlement discussions in an attempt to resolve the case; and

6. WHEREAS, the Parties agree that, should the September 12, 2025 proposed date be inconvenient or unacceptable to the Court for any reason, the Court has the discretion to set a different or more convenient date.

**IT IS SO STIPULATED.**

Dated: June 17, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Laura Chapman*
LAURA CHAPMAN

Attorney for Plaintiff,
KELLEY HEYER

Dated: June 17, 2025

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Patrick Hammon*
PATRICK HAMMON

Attorney for Defendant,
ROBLOX CORPORATION

## **ATTESTATION**

Counsel for Roblox hereby attests that the concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: June 17, 2025

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Patrick Hammon*
PATRICK HAMMON

Attorney for Defendant,
ROBLOX CORPORATION