1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY HEYER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox<br><br>    Defendant. | Case No. 2:25-cv-03236-MWC-AJR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS (DKT. 32)** |

-1-

1
2  The Court, having considered the Parties Stipulation CONTINUING
3  HEARING DATE ON DEFENDANT ROBLOX CORPORATION'S MOTION TO
4  DISMISS, HEREBY ORDERS that the July 11, 2025 hearing date set for Roblox's
5  Motion be continued to September 12, 2025 at 1:30 p.m.
6  **IT IS SO ORDERED.**
7
   Dated: June 18, 2025
8
9                                          HON. MICHELLE WILLIAMS COURT
                                            UNITED STATES DISTRICT JUDGE