1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   LAURA L. CHAPMAN, Cal. Bar No. 167249
3  Email: lchapman@sheppardmullin.com
   350 South Grand Avenue, 40th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 617-4125
5  Facsimile:  (213) 620-1398

6  Attorney for Plaintiff, KELLEY HEYER

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | KELLEY HEYER, an individual, | Case No. 2:25-cv-03236-MWC-AJR |
|----|---|---|
| 12 | Plaintiff, | **STIPULATION TO EXTEND TIME TO SUBMIT RULE 26(f) REPORT AND APPEAR FOR SCHEDULING CONFERENCE** |
| 13 | vs. | |
| 14 | ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox, | |
| 15 | | |
| 16 | Defendant. | Current Date:   August 1, 2025 |
| 17 | | Continued Date: August 22, 2025 |
| | | Time:           1:30 pm |
| 18 | | Location:       Courtroom 6A, 6th Floor |
| | | Judge:          Hon. Michelle Williams Court |

SMRH:4921-7116-7319.1                          -1-

1    Plaintiff Kelley Heyer and Defendant Roblox Corporation, by and through their
2 respective counsel of record, hereby stipulate and respectfully request that the Court
3 grant a short continuance of the deadline to file the Joint Rule 26(f) Report in this action
4 and appear for the Scheduling Conference.
5    Pursuant to Local Rule 7-1, and Section III(A) of the Court's Order Setting
6 Scheduling Conference (ECF No. 22), good cause exists for this request:

1. The parties have recently made substantial progress toward settlement and believe that continuing the current deadlines may allow them to resolve the matter without further litigation.
2. The Scheduling Conference is currently set for August 1, 2025. Under the current order, the parties are required to meet and confer under Rule 26(f) no later than July 11, 2025, and to file the Joint Rule 26(f) Report by July 18, 2025.
3. The parties respectfully request a three-week extension, moving the deadline to file the Joint Report to August 8, 2025 and the Scheduling Conference to August 22, 2025.
4. This is the parties' first request for an extension of these deadlines, and the continuance will not affect any other case deadlines at this time.

The parties therefore request that the Court continue the Rule 26(f) deadlines and continue the Scheduling Conference accordingly.

**IT IS SO STIPULATED.**

SMRH:4921-7116-7319.1                    -1-

1  Dated: July 18 2025

                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    _/s/ Laura Chapman_
                                    LAURA CHAPMAN

                                    Attorney for Plaintiff,
                                    KELLEY HEYER

7  Dated: July 18, 2025

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                    _/s/ Patrick Hammon_
                                    PATRICK HAMMON

                                    Attorney for Defendant,
                                    ROBLOX CORPORATION

## **ATTESTATION**

Counsel for Plaintiff hereby attests that the concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: July 18, 2025

                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    _/s/ Laura Chapman_
                                    LAURA CHAPMAN

                                    Attorney for Plaintiff,
                                    KELLEY HEYER

SMRH:4921-7116-7319.1                       -2-