SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar. No. 167249
Email: lchapman@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Tel: (213) 617-4125
Fax: (213) 620-1398

Attorney for Plaintiff, KELLEY HEYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY HEYER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox <br><br> Defendant. | Case No. 2:25-cv-03236-MWC-AJR <br><br> **STIPULATION TO EXTEND TIME TO SUBMIT RULE 26(f) REPORT AND APPEAR FOR SCHEDULING CONFERENCE** <br><br> Current Date:   August 22, 2025 <br> Continued Date: September 30, 2025 <br> Time:           1:30 pm <br> Location:       Courtroom 6A, 6th Floor <br> Judge:          Hon. Michelle Williams Court |

Plaintiff Kelley Heyer and Defendant Roblox Corporation, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court grant a continuance of the deadline to file the Joint Rule 26(f) Report in this action and appear for the Scheduling Conference.

Pursuant to Local Rule 7-1, and Section III(A) of the Court's Order Setting Scheduling Conference (ECF No. 22), good cause exists for this request:

1. The parties have now executed a settlement agreement that should completely and finally resolve this action without need for further litigation. Assuming the parties perform their respective obligations under the settlement agreement, this action should be voluntarily dismissed before the extended deadline to file a Joint Rule 26(f) Report requested herein.
2. Pursuant to the parties' stipulation, executed and filed on July 18, 2025 (ECF No. 25) and so-ordered by the Court on July 23, 225 (ECF No. 26), the parties' deadline to file the Joint Report is August 8, 2025 and the Scheduling Conference is scheduled for August 22, 2025.
3. The parties respectfully request (a) that the parties' deadline to file the Joint Rule 26(f) Report be extended to September 15, 2025 and (b) that the Scheduling Conference be adjourned to September 30, 2025.
4. This is the parties' second request for an extension of these deadlines, and the continuance will not affect any other case deadlines at this time.

The parties therefore request that the Court continue the Rule 26(f) deadlines and the Scheduling Conference accordingly.

**IT IS SO STIPULATED.**

Dated: August 8, 2025

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        */s/ Laura Chapman*
        LAURA CHAPMAN

        Attorney for Plaintiff,
        KELLEY HEYER

Dated: August 8, 2025

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        */s/ Patrick Hammon*
        PATRICK HAMMON

        Attorney for Defendant,
        ROBLOX CORPORATION

## **ATTESTATION**

Counsel for Plaintiff hereby attests that the concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: August 8, 2025

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        */s/ Laura Chapman*
        LAURA CHAPMAN

        Attorney for Plaintiff,
        KELLEY HEYER