# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY HEYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox<br><br>Defendant. | Case No. 2:25-cv-03236-MWC-AJR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT RULE 26(f) REPORT AND APPEAR FOR SCHEDULING CONFERENCE (DKT. 27)** |

1  The Court, having considered the Parties Stipulation, HEREBY ORDERS that
2  the August 22, 2025 hearing date set for the Scheduling Conference be continued to
3  October 3, 2025 at 1:30 p.m, and the deadline for the submission of the Joint Rule 26(f)
4  Report be continued from August 8, 2025 to September 19, 2025.

6  **IT IS SO ORDERED.**

   Dated: August 8, 2025

   _____
   HON. MICHELLE WILLIAMS COURT
   UNITED STATES DISTRICT JUDGE