SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar. No. 167249
Email: lchapman@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Tel: (213) 617-4125
Fax: (213) 620-1398

Attorney for Plaintiff, KELLEY HEYER

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY HEYER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBLOX CORPORATION, a Delaware corporation, doing business as Roblox<br><br>Defendant. | Case No. 2:25-cv-03236-MWC-AJR<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Judge:  Hon. Michelle Williams Court |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kelley |
| 2 | Heyer and Defendant Roblox Corporation, through their respective counsel of record, |
| 3 | that this action is dismissed in its entirety, with prejudice and without costs to either |
| 4 | party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. |

Dated: September 3, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Laura Chapman
LAURA CHAPMAN

Attorneys for Plaintiff KELLEY HEYER

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
LAURA L. CHAPMAN, Cal. Bar. No. 167249
Email: lchapman@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071

ERIN MIKI ANZAI
California Bar No. 217082
Email: anzaimiki@yahoo.com
3849 Nikolo Street
Honolulu, HI 96815

Dated: September 3, 2025

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Patrick Hammon
PATRICK HAMMON

Attorney for Defendant ROBLOX CORPORATION

PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON, Cal. Bar No. 255047
patrick.hammon@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115

## ATTESTATION

Counsel for Plaintiff hereby attests that the concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: September 3, 2025

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        */s/ Laura Chapman*
                        LAURA CHAPMAN